UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ABELSON & TRUESDALE, LLC
By: Bruce C. Truesdale, Esq. ID (BT) 0928
147 Union Ave - Suite 1E
Middlesex, NJ 08846
(732) 302-9600
Attorney for Debtors

**Order Filed on November 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TIMOTHY BARR

| | |
|---|---|
| Case Number: | 18-32080 |
| Hearing Date: | |
| Judge: | ABA |
| Chapter: | 13 |

Recommended Local Form: ☑ Followed ☐ Modified

## ORDER RE EXTENSION OF TIME
## TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 27, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☑ Granted.  The deadline to file schedules is extended to _____12/4/2018_____.

☐ Denied.

*rev.8/1/15*