Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–32080–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Timothy M. Barr
   7325 Remington Ave
   Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–6451

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/24/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 24, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                           Case No. 18-32080-ABA
Timothy M. Barr                                                  Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin            Page 1 of 1              Date Rcvd: Oct 24, 2019
                               Form ID: 148           Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db            +Timothy M. Barr,    7325 Remington Ave,    Pennsauken, NJ 08110-4014
517909238     +Abelson & Truesdale, LLC,    Bruce C. Truesdale, Esq,    147 Union Avenue,
               Middlesex, NJ 08846-1063
517909234     +Attorney General of the United,    States,    Department of Justice,
               Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
517909239     +Bank of America,    100 North Tryon St,    Charlotte, NC 28202-4024
517857635     +KML Law Group,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
517909236      Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
               One Newark Center, Suite 1500,    Newark, NJ 07102-5224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2019 00:52:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2019 00:52:39     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517909240      EDI: BANKAMER.COM Oct 25 2019 04:18:00     Bank of America,    PO Box 5170,    Simi Valley, CA,
               93062-5170
517958618      EDI: BANKAMER.COM Oct 25 2019 04:18:00     Bank of America, N.A.,    PO Box 31785,
               Tampa, FL 33631-3785
517909233      EDI: IRS.COM Oct 25 2019 04:18:00     District Director of the IRS,    955 S. Springfield Avenue,
               Springfield, NJ 07081
517858909     +EDI: RMSC.COM Oct 25 2019 04:18:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517909235     +E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2019 00:52:43     United States Attorney*,
               (For Internal Revenue Service),    970 Broad Street, 5th Floor,    Newark, NJ 07102-2527
517857636     +EDI: WFFC.COM Oct 25 2019 04:18:00     Wells Fargo Card Service,    PO Box 14517,
               Des Moines, IA 50306-3517
                                                                               TOTAL: 8


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517857634      Bank Of America,    PO Box 31785
517909237*    +Internal Revenue Service*,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                               TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

```
Date: Oct 26, 2019                             Signature:  /s/Joseph Speetjens
```

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Bruce C. Truesdale    on behalf of Debtor Timothy M. Barr brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A.. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   BANK OF AMERICA, N.A.. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael M Khalil    on behalf of Debtor Timothy M. Barr mkhalil@atrbklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                               TOTAL: 7
```